UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 25-MJ-123 |
| : | |
| SYDNEY LORI REID, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF CASE STATUS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice alerting the Court and counsel that an Indictment has not been returned in this case. As was previously disclosed by the Court to defense counsel, a third grand jury returned a no true bill. On August 25, 2025, within the thirty-day timeframe provided in 18 U.S.C. § 3161(b), the government submitted for filing an Information charging a misdemeanor violation of 18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers).

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  /s/ *Christine M. Macey*
Christine M. Macey
Assistant United States Attorney
Joseph Dernbach
Special Assistant United States Attorney
D.C. Bar No. 1010730 (Macey)
D.C. Bar No. 1740516 (Dernbach)
601 D St, NW
Washington, D.C. 20530
Christine.Macey@usdoj.gov
Joseph.Dernbach@usdoj.gov
(202) 252-7058 (Macey)
(202) 834-4815 (Dernbach)